No. 95–524. VORNADO AIR CIRCULATION SYSTEMS, INC. *v.* DURACRAFT CORP. C. A. 10th Cir. Motion of Thomas & Betts Corp. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–617. CURTIS ET AL. *v.* SCHOOL COMMITTEE OF FALMOUTH ET AL. Sup. Jud. Ct. Mass. Motion of Family Research Council et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–646. CARLSBAD MUNICIPAL SCHOOL DISTRICT ET AL. *v.* DADDOW. Sup. Ct. N. M. Motion of New Mexico Public School Insurance Authority for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–659. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* ANTWINE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–660. NOWICKI *v.* COOPER, ASSISTANT FAMILY COURT COMMISSIONER, MILWAUKEE COUNTY, WISCONSIN. C. A. 7th Cir. Motion of petitioner to strike brief in opposition denied. Certiorari denied.

No. 95–669. AMERICAN CYANAMID CO. *v.* GORTON ET AL. Sup. Ct. Wis. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–731. AMERICAN HOME PRODUCTS CORP. ET AL. *v.* JOHNSON & JOHNSON ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–6595. DOE *v.* HARVARD UNIVERSITY. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.